FILED
MAY 16 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-1
MAY 16, 2017 SESSION

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 2:17-00081

21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)

**JOSHUA L. HENDERSON**

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about February 1, 2017, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant JOSHUA L. HENDERSON knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about February 1, 2017, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant JOSHUA L. HENDERSON knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**

On or about February 8, 2017, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant JOSHUA L. HENDERSON knowingly and intentionally distributed a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR**

On or about February 15, 2017, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant JOSHUA L. HENDERSON knowingly and intentionally distributed a quantity of Fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE**

On or about February 15, 2017, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant JOSHUA L. HENDERSON knowingly and intentionally possessed with intent to distribute a quantity of Fentanyl, a Schedule II substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX**

On or about February 15, 2017, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia, defendant JOSHUA L. HENDERSON did knowingly and intentionally carry a firearm, that is, a loaded Taurus 9 mm pistol, during and in relation to a drug trafficking crime, and possess said firearm, in furtherance of a drug trafficking crime, for which defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

CAROL A. CASTO
United States Attorney

By: _____
Eumi L. Choi
Assistant United States Attorney